DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Rashoun Smith, | ) | |
| | ) | CASE NO. 5:09 CV 2099 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>JUDGMENT ENTRY</u> |
| | ) | |
| City of Akron, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

For the reasons contained in the Memorandum Opinion filed contemporaneously with this Judgment Entry, it is HEREBY ORDERED, ADJUDGED and DECREED that the motion to dismiss filed by defendants Michael Miles and John Ross (ECF 19) is GRANTED. Counts 1, 3, 4, 6, 8 and 9 of plaintiff's first amended complaint are hereby dismissed with prejudice.

IT IS SO ORDERED.

 June 29, 2010   *s/ David D. Dowd, Jr.*
Date   David D. Dowd, Jr.
   U.S. District Judge