DOWD, J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| RASHOUN SMITH | ) | CASE NO. 5:09-CV-02099 |
| Plaintiff, | ) | |
| v. | ) | |
| CITY OF AKRON, *et al.*, | ) | |
| Defendants. | ) | **JUDGMENT ENTRY** |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendant City of Akron's motion for summary judgment is GRANTED.

Each party shall bear their own costs. Case closed.

October 6, 2010        s/ *David D. Dowd, Jr.*
Date        David D. Dowd, Jr.
       U.S. District Judge